

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00694-CR

Rene **DE LA CERDA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5361
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On November 7, 2016, we granted counsel's motion to withdraw as appellate counsel and ABATED the appeal to the trial court to determine whether appellant is indigent, and if so, to appoint new appellate counsel. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel).

On January 18, 2017, the trial court clerk filed a supplemental clerk's record containing a certificate of death. The certificate of death reflects that appellant died on December 8, 2016. Accordingly, we REINSTATE the appeal on the docket of this court. Given appellant's death, we permanently ABATE the appeal to the trial court. TEX. R. APP. P. 7.1(a)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.



Keith E. Hottle
Clerk of Court